**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: APPOINTMENTS TO | : | No. 435 |
| INTERBRANCH COMMISSION FOR | : | |
| GENDER, RACIAL AND ETHNIC | : | JUDICIAL ADMINISTRATION DOCKET |
| FAIRNESS | : | |

**O R D E R**

**PER CURIAM:**

AND NOW, this 26th day of November, 2014, The Honorable Kim Berkeley Clark, The Honorable Deborah E. Curcillo, Kay Marcus Davis, Esquire, Daniel E. Fitzsimmons, Esquire, and Roberta D. Liebenberg, Esquire, Designees of the Supreme Court, are hereby reappointed as members of the Interbranch Commission for Gender, Racial and Ethnic Fairness for a term of two years commencing December 31, 2014.